IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK DEANDRE CHAPMAN, | No. 4:23-CV-01246 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN RICKARD, | |
| Respondent. | |

### ORDER

**AND NOW**, this 18th day of April 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Derrick Deandre Chapman's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge